**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Christina Wiggins,  Plaintiff,  v.  Netflix, Inc.  Defendant. | Civil Action No.: 2:24-cv-05643-MEF-MAH  [Removal from the Superior Court of New Jersey, Hudson County, Case No.: HUD-L-001160-24] |

**CERTIFICATION OF SONYA MAKUNGA**

I, Sonya Makunga, of full age, hereby certify as follows:

1. I am Vice President, Real Estate Legal for Netflix, Inc. based in Los Angeles, California.

2. Netflix is incorporated in Delaware with a principal place of business in California.

3. Netflix does not maintain any offices in New Jersey.

4. In 2023, Netflix entered into a contract for the purchase of certain parcels of property at the former Fort Monmouth U.S. Army base located in Monmouth County, New Jersey ("Monmouth Property").

5. Closing on the purchase of the Monmouth Property is not intended to occur prior to 2025.

6. Netflix intends on purchasing the Monmouth Property for the purpose of building a film and television production studio on site. Development of the Monmouth Property is not expected to be completed until early 2028.

7. Upon information and belief, Plaintiff worked as a Production Supervisor, and other related titles, for Netflix's Internal Production (aka "INC Studio") team from approximately April 2019 until February 2024. Plaintiff's job responsibilities had no connection to the purchase of the Monmouth Property.

2

       8.      Upon information and belief, Netflix does not own or lease any property in the State of New Jersey beyond what is described herein.

       9.      I am unaware of any current Netflix employees whose job duties require them to be located in New Jersey full-time.-

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DocuSigned by:

*Sonya Makunga*

—7E51199EE292472...

Sonya Makunga

Dated: May 2, 2024