# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINA WIGGINS<br><br>                              *Plaintiff,*<br><br>v.<br><br>NETFLIX, INC.<br><br>                              *Defendant.* | CIVIL ACTION NO. 2:24-cv-05643-MEF-MAH |

## AFFIDAVIT OF CHRISTINA WIGGINS

I, Christina Wiggins, of full age, hereby certify as follows:

1. I am a former employee of Netflix, Inc. ("Netflix"). I worked for Netflix from June 2019 until February 2024.

2. From June 2019 until May 2020 I worked in California.

3. In May 2020 I moved to New Jersey and began working remotely from New Jersey.

4. Prior to moving to New Jersey, I discussed the move with my manager Elizabeth Ashmen ("Ashmen") as well as Internal Production manager Zoe Mey ("Mey").

5. Both Ashmen and Mey agreed that I could move my work to New Jersey, and even encouraged the move to New Jersey.

6. After I relocated to New Jersey, nobody from Netflix ever requested that I move back to California.

7. From around May 2020 to late 2021, Ashmen was also located in New Jersey. During that time, Ashmen and I communicated all or most work days about work. We timed these communications based on our shared time zone.

8. Further, during this time, Ashmen and I physically met up in New Jersey for work purposes at least three times.

9. Additionally, from December 2020 through September 2021, studio manager Kristine Guzman ("Guzman") worked from her home in New Jersey. As with Ashmen, Guzman and I spoke in New Jersey most workdays, and the timing of these conversations were based on our shared time zone. And, as with Ashmen, Guzman and I physically met in New Jersey multiple times for work purposes.

10. During the majority of my employment with Netflix, I was never instructed to be available during the California work day. Rather, I was asked (along with coworkers) to note specific hours we were available during the work day. My coworkers and I had different availability based on a variety of factors, including things like standing meetings with other departments. The availability of my coworkers was visible to me. I did make myself available during the

California work day whenever shared schedules dictated that it made sense to do so.

11. From around July 2020 through February 2022, at the request of Ashmen, I stored Netflix's camera equipment in my New Jersey home.

12. I understood from Ashmen that the reason I was storing camera equipment in New Jersey was so that I could transport it to New York City, which is about twenty minutes from my home. I understood from Ashmen that Netflix often required the use of camera equipment in New York City.

13. From around July 2020 through February 2022, there were at least three separate occasions where Ashmen requested that I physically transport the equipment to New York City so it could be used for a Netflix shoot. At Ashmens's request, I did in fact transport the equipment to New York City so that they could be used for Netflix's shoots.

14. Each time I travelled to New York City at the request of Netflix, Netflix reimbursed my parking expenses.

15. In June 2021, at the request of Ashmen, I physically delivered camera equipment from my New Jersey home to Netflix's Vice President of Global Product Creative, Rochelle King ("King"), to New York City.

16. After delivering the equipment, at the request of Ashmen, I spent all day in New York City assisting King with the shoot. Because of the nature of the assistance I provided, I would not have been able to assist King virtually with the shoot.

17. After this shoot in New York was complete, I returned to my New Jersey home and where I immediately uploaded the footage from the shoot. I was told by Ashmen and Post Production Lead Zach Gouz ("Gouz") that this was necessary because an editor needed the footage immediately—if the footage had to be transported to California before being uploaded, the project would not have been able to be timely completed.

18. My understanding from Ashmen was that King did not have the capability to upload footage.

19. Besides this instance, I also uploaded King's footage in February 2022 as well, again from my home in New Jersey and again so that the project could be completed on time.

20. From July 2020 to January 2022, I stored Netflix's "camera kits" in my home in New Jersey at the request of Ashmen

21. My understanding from Ashmen was that I maintained the camera kits there was in New Jersey so that I could easily send them to important executives who were on the east coast.

22. In 2021, I did in fact send the camera kits to executives at least four separate times.

23. One of these executives was Greg Peters, who, upon information and belief, would later become Netflix's CEO.

24. Each of the at least four times I sent camera kits to executives they would use them to shoot footage and then would return the camera kits to me so that I could upload the footage from New Jersey.

25. My understanding from Ashmen and Gouz was that there would not have been enough time to transport the footage to California, which is why I uploaded it from New Jersey.

26. In September 2021, I assisted (from my New Jersey home) Netflix with a shoot that was occurring in London, on London time.

27. I was told by Ashmen that I was the one chosen to do assist on the London shoot because I was located on the east coast, and that nobody in California would be able to comfortably perform the work. I was

also told by Ashmen that if I were not located on the east coast, Netflix would have been forced to hire a local producer.

28. I worked on this London shoot for 3 straight days.

29. During the summer of 2021, at the request of Netflix's Core Planning Lead Patti Kim, I met with a team based in New York City that I frequently worked with.

30. I took maternity leave from July 2022 to July 2023. During this time, I continued to pay New Jersey wage taxes.

31. In June 2023, I had a text conversation with Ashmen, a true and correct copy of which is attached hereto as Exhibit "A". In the conversation, Ashmen told me that she believed my job could be remote, and that she was in charge of dictating where I worked. *See* Exhibit "A".

32. In 2023, I assisted Netflix with two shoots that occurred in New Jersey. Because I had connections to the area, I knew the local producers working on the shoot and was therefore able to set up the filming.

33. In December 2023, at the request of Ashmen, I conducted an in-person meeting in New Jersey with one of the producers of the New Jersey shots in order to discuss key elements of the project.

34. From May 2020 through my termination in February 2024, I paid New Jersey wage taxes.

35. During the entirety of my employment in New Jersey, Netflix reimbursed me for my phone expenses in connection to the phone I used to work from New Jersey.

36. Following my termination, I applied for and received unemployment compensation from New Jersey.

37. I have reviewed the Complaint filed on my behalf on March 25, 2024. The events discussed in the Complaint, including my two discrimination complaints and the harassment I suffered, all occurred while I was in New Jersey.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Christina Wiggins (May 30, 2024 14:07 EDT)*

Christina Wiggins

Executed on: 30/05/24

# EXHIBIT A

2:55



Eli >

Thats good to know!

Also you are still the one who dictates where I live right?

Lmao yes but the finance role to me can be remote

Ok good. I know GDT doesn't care. Iv only worked with her remotely

She's in LA!

But I don't want Sara coming in and being like everyone in LA NOW

Oh but yes she won't care

Nah Sarah won't care

Sarah wants to be fully remote lol def won't care

Wonderful

Tue, Jun 6 at 6:35 PM

Do you want to join the team meetings tomorrow to meet the candidates virtually?

OOOOOOO what time is it?

iMessage