# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Christina Wiggins<br>     Plaintiff,<br><br>v.<br><br>Netflix, Inc.<br>     Defendant. | Civil Action No.: 2:24-cv-05643-MEH-MAH |

## CERTIFICATION OF EVA C. ZELSON, ESQ.

I, Eva C. Zelson, Esq. of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey at the law firm of Zeff Law Firm, LLC, and am counsel to Plaintiff Christina Wiggins in the above-captioned action.

2. The following exhibits are true and accurate copies of the following:

    1) Exhibit 1 is a true and correct copy of the Complaint filed in this matter.

    2) Exhibit 2 is a true and correct copy of **"**Netflix, JBJ Soul Kitchen Host Soldier On Veterans' Community Picnic", *The Two River Times,* November 17, 20203, https://tworivertimes.com/netflixjbjsoulkitchenhostsoldieronpicnic/ (accessed May 15, 2024).

    3) Exhibit 3 is a true and correct copy of Huston, Caitlin. "Netflix Reveals Plan to Invest $850M in New Jersey Production Hub", *The Hollywood Reporter*, December 21, 2022, https://www.hollywoodreporter.com/business/business-news/netflix-new-jersey-production-hub-1235286070/ (accessed May 15, 2024).

4) Exhibit 4 is a true and accurate copy of "Governor Murphy Highlights Progress Toward Creation of Major Netflix Production Facility at Fort Monmouth", *Official Site of the State of New Jersey*, November 3, 2023, https://nj.gov/governor/news/news/562023/approved/20231103a.shtml (accessed May 15, 2024).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

/s/*Eva C. Zelson, Esq.*
Eva C. Zelson, Esq.
Dated: June 3, 2024

# EXHIBIT 1

ZEFF LAW FIRM LLC
Gregg L. Zeff, Esquire, #042531988
Eva C. Zelson, Esquire, #153832015
Derek J. Demeri, Esquire, #363922021
100 Century Parkway
Mt. Laurel, NJ  08054
(856) 778-9700 (t)
(856) 702-6640 (f)
ezelson@glzefflaw.com                                    *Attorneys for Plaintiff*

| | |
|---|---|
| CHRISTINA WIGGINS<br><br>                              *Plaintiff,*<br><br>v.<br><br>NETFLIX, INC.<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>AND<br><br>JOHN DOE(S)<br><br>AND<br><br>ABC COMPANY(IES)<br><br>                              *Defendants.* | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br><br>CIVIL ACTION NO.<br><br>JURY TRIAL DEMANDED |

## **COMPLAINT**

This case tells the story about how Defendant Netflix, Inc. treats employees who grow their families. Plaintiff Christina Wiggins was a successful,  high earning professional at Netflix until she became pregnant. After the birth of Christina's first child, Netflix excluded her from any effective and meaningful engagement with her team. This treatment only worsened when Christina followed Netflix's policies by complaining about the discrimination. The complaint of

discrimination did not protect Christina, and instead just led to her work environment becoming worse.

Unfortunately, Netflix did not stop there. When Christina had a miscarriage, Netflix terminated her employment the same *week* she returned to the office following her devastating loss. Christina tried to do everything right, but Netflix punished her for her pregnancy, discrimination complaint and miscarriage by firing her amidst one of the worst moments of her life. Any employee would deserve better, especially an employee who had dedicated herself for five years to one of the richest companies in the world. Christina now opposes this unlawful termination and brings claims for violations of the New Jersey Law Against Discrimination against Defendant Netflix, Inc.

## **PARTIES**

1. Plaintiff Christina Wiggins ("Plaintiff") is a former employee of Netflix, Inc. and resides in New Jersey.

2. Defendant Netflix, Inc. ("Defendant") is a global streaming service with annual revenues of over thirty billion dollars and over twelve thousand employees.

3. Defendant is headquartered in Los Angeles, California and incorporated in Delaware with an agent of service address at 1209 Orange Street, Wilmington, DE 19801.

4. Defendant was Plaintiff's employer during all times relevant herein.

5. Defendant is an "employer" within the definition of the New Jersey Law Against Discrimination ("NJLAD"), N.J.S.A. § 10:5-5.

6. Defendant(s) John Doe(s) and ABC Company(ies) are Defendant(s) whose identities are currently unknown.

7. Defendant(s) John Doe(s) and Company(ies) discriminated and/or retaliated against Plaintiff and/or aided and abetted said discrimination and/or retaliation.

## JURISDICTION AND VENUE

8. Jurisdiction is properly laid in this Court as Defendant is subject to personal jurisdiction in the state of New Jersey.

9. Moreover, Plaintiff's causes of action arise out of Defendant's acts and/or omissions, which occurred in Hudson County, New Jersey.

## STATEMENT OF FACTS

10. Plaintiff began working for Defendant in or around 2019.

11. From May 2020 through her termination in February 2024, Plaintiff worked exclusively from her home in Hudson County, New Jersey.

12. During the entirety of her employment with Defendant, Plaintiff was qualified for her position and performed well.

13. Plaintiff was never subjected to any disciplinary action during her employment with Defendant, and was frequently praised for her performance.

14. In or around July 2022, Plaintiff took maternity leave due to the birth of her first child.

15. Plaintiff returned from maternity leave in July 2023.

16. Upon her return to work in July 2023, Plaintiff began to be treated poorly compared to her coworkers.

17. Specifically, after Plaintiff's return from maternity leave, an entire month passed before anyone on her team even had a one-on-one conversation with her, despite Plaintiff's repeated requests for same. The other employees on Plaintiff's team had one-on-one conversations weekly.

18. Relatedly, upon her return, Plaintiff was excluded from the team Slack chat for almost two months.

19. Most egregiously, during Plaintiff's leave, Defendant had implemented a new system to track finances, which was a core part of Plaintiff's job. Upon Plaintiff's return, Defendant refused to train Plaintiff on the new system or even discuss it with her.

20. In or around September 2023, Plaintiff advised her manager, Sarah Semlear ("Semlear") that Plaintiff and her husband were trying to have another child.

21. After this, Defendant's harassment of Plaintiff worsened.

22. In or around October 2023, Semlear made false and damaging statements about Plaintiff.

23. Despite this differential treatment, Plaintiff was still able to perform well, even earning a merit-based pay raise in early October 2023.

24. On October 23, 2023, Plaintiff made a complaint to Defendant's Human Resources Department.

25. Plaintiff specifically advised that she was being subjected to discrimination on the basis of her former pregnancy and leave.

26. Defendant's Human Resources Department claimed that it would try to remediate the situation by facilitating communication between Plaintiff and Semlear.

27. Semlear refused to participate in the process set out by Human Resources, and Human Resources did not follow-up with Semlear.

28. Following this, Semlear continued to harass Plaintiff, and stopped holding professional development meetings with Plaintiff.

29. Further, in group meetings, Semlear gave Plaintiff almost no time to speak compared to her coworkers.

4

30. Plaintiff had so little time to speak, in fact, that a manager above Semlear, Elizabeth Ash ("Ash") advised Plaintiff to "speak like an auctioneer" to try to relay the necessary information about her work.

31. On December 13, 2023, Plaintiff relayed a second complaint of discriminatory treatment, this time to Ash.

32. Ash confirmed that Plaintiff's performance was strong, and that Plaintiff was not in a "feedback cycle", which is a disciplinary process at Defendant that is a done before terminating an employee.

33. On January 29, 2024, Plaintiff suffered a miscarriage.

34. Plaintiff immediately informed Ash of her miscarriage.

35. Due to her miscarriage, Plaintiff took a week off from work, returning on February 5, 2024.

36. Defendant perceived this miscarriage is a disability and/or related to a disability.

37. On the day she returned to work, Plaintiff advised Semlear of her miscarriage.

38. That day, Semlear spoke with Plaintiff about some invoices that were supposedly incorrect. Most of the invoices were from when Plaintiff was on maternity leave, and many others did not actually include mistakes made by Plaintiff. On February 8, 2024, Ms. Wiggins advised Semlear of these facts.

39. On February 9, 2024, Defendant terminated Plaintiff's employment for discriminatory and retaliatory reasons.

**COUNT I**
**N.J.S.A. 10:5-1 et seq.**
**PREGNANCY DISCRIMINATION: UNEQUAL AND/OR UNFAVORABLE**
**TREATMENT**

40. Plaintiff repeats and re-alleges each and every allegation set forth in the

preceding paragraphs of the Complaint as if fully set forth herein.

41. By and through its course of conduct as alleged herein, Defendant discriminated against Plaintiff by and terminating her on the basis of her pregnancy, miscarriage and/or expected pregnancy.

42. Defendant's conduct was intentional, deliberate, willful, and conducted in callous disregard of the protected rights of Plaintiff.

43. Defendant subjected Plaintiff to adverse employment actions by, among other things, terminating her.

44. Defendant had no legitimate, nondiscriminatory reason for its actions

45. As a direct and proximate result of Defendant's illegal discrimination, Plaintiff has suffered and will continue to suffer severe harm, and is entitled to all legal and equitable remedies available under the NJLAD, including, but not limited to, back pay, front pay, reinstatement, restoration of benefits and seniority, and compensatory and punitive damages, in amounts to be determined at trial.

46. Plaintiff is further entitled to an award of reasonable attorney's fees and costs and any other relief that this court deems just and proper under the circumstances.


**COUNT II**
**N.J.S.A. 10:5-1 et seq.**
**PREGNANCY DISCRIMINATION: UNLAWFUL PENALIZATION**

47. Plaintiff repeats and re-alleges each and every allegation set forth in the preceding paragraphs of the Complaint as if fully set forth herein.

48. By and through its course of conduct as alleged herein, Defendant discriminated against Plaintiff by penalizing her on the basis of her pregnancy and/or for requesting an accommodation of pregnancy-based leave.

49. Defendant's conduct was intentional, deliberate, willful, and conducted in callous disregard of the protected rights of Plaintiff.

50. Defendant had no legitimate, nondiscriminatory reason for its actions

51. As a direct and proximate result of Defendant's illegal discrimination, Plaintiff has suffered and will continue to suffer severe harm, and is entitled to all legal and equitable remedies available under the NJLAD, including, but not limited to, back pay, front pay, reinstatement, restoration of benefits and seniority, and compensatory and punitive damages, in amounts to be determined at trial.

52. Plaintiff is further entitled to an award of reasonable attorney's fees and costs and any other relief that this court deems just and proper under the circumstances.

## COUNT III
## N.J.S.A. 10:5-1 et seq.
## <u>RETALIATION</u>

53. Plaintiff repeats and re-alleges each and every allegation set forth in the preceding paragraphs of the Complaint as if fully set forth herein.

54. By and through its course of conduct as alleged herein, Defendant retaliated against Plaintiff by terminating her in retaliation for Plaintiff's complaints of discrimination and/or for Plaintiff taking maternity leave.

55. Defendant's retaliation for Plaintiff's discrimination complaints and/or for taking maternity leave violates the NJLAD.

56. Defendant's conduct was intentional, deliberate, willful, and conducted in callous disregard of the protected rights of Plaintiff.

57. Defendant subjected Plaintiff to an adverse employment action by terminating her.

58. As a direct and proximate result of Defendant's illegal retaliation, Plaintiff has suffered and will continue to suffer severe harm, and is entitled to all legal and equitable remedies available under the NJLAD, including, but not limited to, back pay, front pay, reinstatement, restoration of benefits and seniority, and compensatory and punitive damages, in amounts to be determined at trial.

59. Plaintiff is further entitled to an award of reasonable attorney's fees and costs and any other relief that this court deems just and proper under the circumstances.

**COUNT IV**
**N.J.S.A. 10:5-1 et seq.**
**DISABILITY DISCRIMINATION**

60. Plaintiff repeats and re-alleges each and every allegation set forth in the preceding paragraphs of the Complaint as if fully set forth herein.

61. Plaintiff was perceived by Defendant to be a person with a disability.

62. By and through its course of conduct as alleged herein, Defendant discriminated against Plaintiff by terminating her employment on the basis of her perceived disability.

63. Defendant's conduct was intentional, deliberate, willful, and conducted in callous disregard of the protected rights of Plaintiff.

64. Defendant subjected Plaintiff to adverse employment actions by terminating her.

65. Defendant had no legitimate, nondiscriminatory reason for its actions

66. As a direct and proximate result of Defendant's illegal discrimination, Plaintiff has suffered and will continue to suffer severe harm, and is entitled to all legal and equitable remedies available under the NJLAD, including, but not limited to, back pay, front pay, reinstatement, restoration of benefits and seniority, and compensatory and punitive damages, in amounts to be determined at trial.

67. Plaintiff is further entitled to an award of reasonable attorney's fees and costs and any other relief that this court deems just and proper under the circumstances.

## COUNT V
## N.J.S.A. 10:5-1 et seq.
## HOSTILE WORK ENVIRONMENT: PREGNANCY

68. Plaintiff incorporates the preceding paragraphs of this Complaint, as if the same were set forth herein at length.

69. Defendant violated the NJLAD by creating a hostile work environment for Plaintiff on the basis of her pregnancy, miscarriage and/or anticipated pregnancy, as described in the preceding paragraphs.

70. As a direct and proximate result of Defendant's illegal discrimination, Plaintiff has suffered and will continue to suffer severe harm, and is entitled to all legal and equitable remedies available under the NJLAD, including, but not limited to, back pay, front pay, reinstatement, restoration of benefits and seniority, and compensatory and punitive damages, in amounts to be determined at trial.

71. Plaintiff is further entitled to an award of reasonable attorney's fees and costs and any other relief that this court deems just and proper under the circumstances.


/s/*Eva C. Zelson, Esq.*
Eva C. Zelson, Esq.
Gregg L. Zeff, Esq.
Derek J. Demeri, Esq.
*Attorneys for Plaintiff*

Dated: March 25, 2024

9

## <u>JURY DEMAND AND TRIAL COUNSEL DESIGNATION</u>

Please take notice that Plaintiff hereby demands a trial by jury as to all issues and that pursuant to rule 4:25-4, Gregg L. Zeff, Esquire, is hereby designated as trial counsel in the above captioned matter on behalf of The Zeff Law Firm, LLC.

## <u>CERTIFICATION</u>

I certify pursuant to Rule 4:5-1 that I know of no other proceedings pending or that are contemplating in any court or arbitration proceeding that concerns this subject matter and know of no other parties that need be joined with action.

Dated: March 25, 2024

/s/*<u>Eva C. Zelson, Esq.</u>*
Eva C. Zelson, Esq.
Gregg L. Zeff, Esq.
Derek J. Demeri, Esq.
*Attorneys for Plaintiff*

# EXHIBIT 2

# Netflix, JBJ Soul Kitchen Host Soldier On Veterans' Community Picnic

November 17, 2023

- 



The following exhibits are true and accurate copies of the following:

Monmouth County Commissioner Lillian G. Burry, who worked for a decade to see the Mansfield Community built and had the Women's Wing dedicated in her honor last May, with Netflix Director of Studio & Production Affairs Nick Maniatis. Laura D.C. Kolnoski

-



Bruce Buckley, left, CEO of Soldier On, the nonprofit that built the Gordon H. Mansfield Veterans Community in Tinton Falls, emceed a ceremony during the facility's Veterans Day Picnic that included comments by Dorothea Bongiovi, right. Laura D.C. Kolnoski

- 

The staff of JBJ Soul Kitchen, one of Soldier On's earliest New Jersey partners, was honored for its contributions during the Veterans Day Picnic ceremonies. At left is Bruce Buckley, Soldier On CEO. JBJ founder Dorothea Bongiovi is third from right; to her right is Executive Chef Emily Yasi. Laura D.C. Kolnoski

-



Monmouth County Commissioner Lillian G. Burry, who worked for a decade to see the Mansfield Community built and had the Women's Wing dedicated in her honor last May, with Netflix Director of Studio & Production Affairs Nick Maniatis. Laura D.C. Kolnoski

-



Bruce Buckley, left, CEO of Soldier On, the nonprofit that built the Gordon H. Mansfield Veterans Community in Tinton Falls, emceed a ceremony during the facility's Veterans Day Picnic that included comments by Dorothea Bongiovi, right. Laura D.C. Kolnoski

**By Laura D.C. Kolnoski**

TINTON FALLS – A chilly drizzle could not dampen the festive atmosphere at the Veterans Day Picnic at Soldier On's Gordon H. Mansfield Veterans Community on Essex Road Nov. 10, sponsored by Netflix in conjunction with [JBJ Soul Kitchen](#) of Red Bank.

Netflix, which intends to build a major film and television production studio on nearby Fort Monmouth, underwrote the event, supplying tents, heaters and decorations. The firm hired JBJ's professional chefs to create the buffet menu and sent a team to interact with residents and guests. Dorothea Hurley Bongiovi, who founded JBJ Soul Kitchen with her husband Jon Bon Jovi, was there throughout the afternoon and delivered comments during the ceremonies.

A week prior, some of the same Netflix representatives joined co-CEO Ted Sarandos and Gov. Phil Murphy at a signing ceremony on the fort marking the state's receipt of Netflix's detailed plans for the almost 300-acre site. That plan is now before the public for a 45-day comment period that began Nov. 6 via fortmonmouthnj.com.




"Netflix is thrilled to partner with Soldier On to honor our veterans,"

said Nick Maniatis Netflix's director of Studio & Production Affairs. "It's essential to show our support for the Monmouth County community by building a studio that will drive economic growth and show we're committed to being engaged neighbors." Maniatis said there remains "a long way to go" before the start of construction that could see Netflix Studios Fort Monmouth open in an estimated seven to 10 years.

"We're excited to work with Gov. Murphy, local officials and residents to transform historic Fort Monmouth into a world-class production facility that will create meaningful job opportunities," Maniatis continued, adding the firm wants "to earn our place here and intend(s) to stay involved." There are numerous steps to complete before closing with the Fort Monmouth Economic Revitalization Authority (FMERA) occurs, including obtaining approvals at the local, county and state levels.

It was the second time JBJ Soul Kitchen, one of Solder On's earliest partners, cooked for the annual picnic at the complex which opened in November 2021. Led by Executive Chef Emily Yasi, the nonprofit organization shares recipes, conducts cooking demonstrations and hosts other events including the facility's Memorial Day picnic.

"I wanted to be here today because we have a great partnership with Soldier On and love working with them," Bongiovi told The Two River Times. She elicited laughs from the crowd when she joked, "I was cooking all day!"

Bongiovi explained the mission and operations of the restaurant, where guests who can pay for their meals help support the effort

while those who cannot may volunteer their services. She said the organization is experiencing 60 percent of diners in need and 40 percent paying.

"The support services provided here are important," Bongiovi said of the Soldier On community. "No veteran should be homeless. We're looking forward to Netflix coming… and the ripple effect."

Last Veterans Day, Soldier On announced the JBJ Soul Foundation (JBJ Soul Kitchen's umbrella organization) will partner with the New England Patriots Foundation to build another Mansfield residential community in Tewksbury, Massachusetts. The Tinton Falls facility is the only one in New Jersey. Each location is named for the late Mansfield, a Vietnam War veteran and former United States Deputy Secretary of Veterans Affairs, who helped create the first Soldier On residence in Massachusetts.

The four-story complex of 70 one-bedroom apartments provides qualifying veterans with affordable housing complemented by support services and programs. The nonprofit organization, founded in 1994, develops partnerships with public and private entities to provide residents with counseling, legal and medical services, transportation and more. In addition to greenhouses, a trail and outdoor recreation space, the site has a columbarium for the interment of deceased residents' ashes where a red, white and blue wreath was placed during the ceremonies.

Partners were honored with kudos and plaques during Friday's ceremony, among them the Jersey Shore Dream Center, Healing Warriors, the Daughters of the American Revolution and the JBJ Soul

Kitchen staff.

Ten units are dedicated solely to female veterans, with a separate entrance and common spaces. Last May, the wing was dedicated to Monmouth County Commissioner Lillian G. Burry, who spearheaded the 10-year effort to make the facility a reality. Burry, who is retiring in December after 53 years in public service, attended the picnic with her husband Donald, a retired Coast Guard captain who first told his wife about Soldier On. When a location on Fort Monmouth could not be secured, Tinton Falls officials offered a vacant plot near Seabrook Village for $1.

David Ginsberg, senior vice president of Winn Development, Soldier On's construction partner, called Burry "the political champion who paved the way to this project. We count on the Lillians of the world to make this happen. We had 300 applications for this facility in the first month. We can't build these fast enough and look forward to this becoming a national model."

Ginsberg told The Two River Times that FMERA and its executive director, Kara Kopach, were "the connective tissue" that brought Netflix and Soldier On together with assistance from the governor's office.

"Lillian is why this building is here," said Soldier On CEO Bruce Buckley, while Dorothea Bongiovi called Burry, "our spirit animal… for her efforts to seeing Soldier On to fruition." Buckley said he looks forward to the "energy" Netflix will bring to the former U.S. Army base.

"This is the beginning of our community outreach," said Emily Hartstein, Netflix strategic projects specialist. "We are looking to be good neighbors."

*This article originally appeared in the November 16 – 22, 2023 print edition of The Two River Times.*

# EXHIBIT 3

# Netflix Reveals Plan to Invest $850M in New Jersey Production Hub

The streaming giant plans to build one of the largest fully integrated production facilities in the world on a former military base.

[Caitlin Huston]    December 21, 2022 11:00AM PST



A rendering of Netflix's plans for a production hub in Fort Monmouth, New Jersey.
Netflix

[Netflix] has unveiled its plans for one of the largest fully integrated production facilities in the world in Fort Monmouth, New Jersey.

The streamer bid $55 million for the 293-acre parcel at the former military base, in line with the appraised value, according to Rajiv Dalal, Netflix's director of content and studio affairs. Outside of that, Netflix will invest about $850 million in the production hub, with plans to build 12 soundstages, ancillary production support and a backlot. The company plans to shoot features, series and scripted projects at the studios.

Netflix received approval on the purchase from the Fort Monmouth Economic Revitalization Authority on Wednesday evening.

## Related Video

As for why Netflix wanted this parcel, Dalal cited the versatile landscape and the talent.

"I think we certainly needed an East Coast production hub. And given the talented crew base in New Jersey that have worked on our titles in New York, but live in New Jersey, the multiplicity of great scenic backdrops, the proximity to major metropolitan areas and the fact that we were able to get a large swath of land close to 300 acres. Those were key decision drivers," Dalal told *The Hollywood Reporter*.

New Jersey has also been ramping up its tax credit program for film and television production, which was first introduced in 2018 and expanded in January 2021. In recent years, *West Side Story, The Equalizer, and The Many Saints of Newark* have filmed in the state and Lionsgate has also announced plans to build a new production facility in Newark, set to open in 2024.

While Dalal said New Jersey Gov. Phil Murphy has "created a very attractive" environment for the film and television industry with these incentives, Netflix has not yet utilized the program for its new facility and therefore does not yet know how "it will play out," with Dalal adding that this was not the main driver for the project. Netflix did utilize the tax credit program for filming *Army of the Dead* in the state.

This would add on to Netflix's existing studios in Brooklyn, which the

streamer opened in 2021, as well as other North American studios in Toronto, Atlanta, California, British Columbia and New Mexico.

"We have a large enough slate to be able to utilize the stages elsewhere, but we're certainly going to be heavily utilizing the East Coast production hub," Dalal said.

However, the investment also comes after Netflix underwent cost-cutting measures over the summer, including laying off employees, in light of slowed subscriber growth and its stock decline at the time. The company still planned to spend $17 billion on content in 2022, and while it indicated that the growth rate may slow over the next few years, Netflix co-CEO Ted Sarandos said in April that Netflix "will continue to grow the content spend relative to prior years."

Exact titles to be filmed at the studios are still to be determined, since the project is not expected to be completed until 2027, Dalal said. However, Netflix plans to ramp up production in New Jersey ahead of the opening.

Now that Netflix has received approval from the board, Gov. Murphy still has a veto period and then Netflix will have about three to six months of due diligence followed by a year or more of local approvals. However, Murphy appears to already be on board with the project, saying in a press release Wednesday evening that the "transformative investment will serve as a cornerstone in our efforts to create a thriving industry from whole cloth."

Once the studio is fully operational, Netflix estimates that it would support 1,400 to 2,200 jobs annually and generate between $7.4

billion and $8.9 billion in output over the next 20 years, including construction and production.

# EXHIBIT 4

# Governor Murphy Highlights Progress Toward Creation of Major Netflix Production Facility at Fort Monmouth

11/3/2023

*Netflix Facility Will Create Thousands of Union Jobs and Add to Economic Growth Generated by New Jersey's Burgeoning Film and TV Industry*

**OCEANPORT** – Governor Phil Murphy today joined Netflix co-CEO Ted Sarandos, State officials, and labor representatives to highlight the benefits of New Jersey's growing film and television industry and further advance the creation of a major Netflix production facility in Monmouth County at the site of the former Fort Monmouth campus. In doing so, the Governor approved the Fort Monmouth Economic Revitalization Authority's (FMERA) recent meeting minutes, which will allow the Netflix project to continue moving forward and also pave the way for a new affordable housing component on the Fort.

"Netflix's historic investment in Fort Monmouth's future, which will generate thousands of union jobs and significant revenue, is a testament to our broader strategy when it comes to establishing New Jersey as the Northeastern home for film and entertainment," **said Governor Murphy.** "This campus is no longer a painful reminder of economic decline and disinvestment. Instead, Fort Monmouth now

stands as a symbol of renewal and revived hope. With this facility, many of our hard-working and talented residents will have the opportunity to participate in the film and television industry right here in our state while local businesses will benefit from an increase in customers. I thank Netflix and our partners in both government and labor for their support in advancing this crucial project."

"Netflix Studios Fort Monmouth will drive significant economic growth and create meaningful job opportunities for people in New Jersey while boosting the vibrant production ecosystem here in the state where the modern film industry was born," **said Ted Sarandos, Netflix co-CEO.** "While we still have a lot of work to do, we're excited to continue partnering with Governor Murphy, local officials, and the community as we work to transform this historic space into a world-class production facility."

Netflix has committed to $848 million in capital investments to develop a state-of-the art production facility on the 292-acre parcel that spans both Oceanport and Eatontown, becoming the largest project in both scale and investment in Fort Monmouth's history. This project will add to over 30 additional redevelopment projects that have already commenced since the military shuttered Fort Monmouth over a decade ago. This east coast production facility is estimated to create thousands of largely union jobs – including more than 3,500 construction-related jobs and over 1,500 permanent production jobs.

In addition to the construction of 12 soundstages – comprised of over 500,000 square feet of new development –current structures will also be redeveloped for other purposes such as studio backlots and office

space, and a myriad of additional uses in support of production activities. If adopted, the proposed amendment to the Fort Monmouth Reuse and Redevelopment Plan will also permit the creation of new, affordable housing units to serve the community.

Since FMERA authorized the Purchase and Sale and Redevelopment Agreement with Netflix for the property in December 2022, Netflix has continued working to obtain the additional approvals necessary to make this project a reality. Today marked another important step in the process as the Governor signed a letter approving FMERA's meeting minutes, which will now send the amendment to both host municipalities for consideration and public comment.

"The investment by Netflix will help transform the Fort Monmouth property into a state-of-the-art film facility, creating high-paying jobs and generating economic activity for the region and the state," **said Senate President Nick Scutari.** "New Jersey's legacy as the birthplace of the movie industry will be rejuvenated with a modern center for film and television production that will create economic benefits for years to come."

"It's fitting that we are welcoming the film industry home to its roots in New Jersey for its next chapter," **said Assembly Speaker Craig Coughlin.** "This investment in innovation will be a boon to our entire economy, starting with good union jobs. This is a testament to federal, state and local government working together with the private sector to realize the value of an asset like Fort Monmouth for the benefit of the entire community to thrive and grow."

"I continue to be excited by progress made on the Netflix production facility at the old Fort Monmouth campus," **said Senator Vin Gopal.** "This project is destined to bring a lasting economic boost and star power to Monmouth County and the greater Shore region, creating both permanent production jobs as well as construction jobs. This is a win-win redevelopment that holds long-term promise for the entire community, and will no doubt also benefit local merchants, entertainment venues and area restaurants."

"Home to the birthplace of film, and the continued backdrop for major productions, New Jersey is an ideal choice for studios looking to invest in large-scale production facilities," **said New Jersey Economic Development Authority Chief Executive Officer Tim Sullivan.** "Governor Murphy's holistic approach to nurturing the state's film industry is helping to ensure our communities are poised to attract leading studios like Netflix, who will revitalize a long vacant area of the former Fort, and create good paying union jobs and opportunities for small businesses."

"Our team is incredibly passionate about Fort Monmouth's revitalization and is committed to surpassing the Fort's prior role as a major economic driver in the region," **said FMERA Executive Director Kara Kopach.** "A project of this scale has the potential not only to create thousands of jobs, but will also result in significant investment on the Fort, and spur local development in support of the project. The magnitude of Netflix's investment is an absolute windfall for our stakeholders and the State of New Jersey. We're eager to see this project come to fruition."

Once the State and local approval process has been finalized, the project will be completed in two phases over the course of several years. Upon its opening, the facility will be the single-largest production facility in New Jersey's history and contribute to the state's ever-growing film and television industry.

Over the past six years, the Administration has worked alongside the Legislature and the New Jersey Motion Picture & Television Commission to create a film incentive program that has helped attract more business to the state. Last year alone, the film and television production industry poured more than $650 million into the state's economy – an increase of more than $150 million over the year prior – and created more than 8,500 jobs.

Recent TV shows and movies filmed in New Jersey include West Side Story, Severance, and Joker. Construction is also currently underway on a new Lionsgate film and production facility in Newark.

"This Netflix facility in Fort Monmouth will bring with it economic development, the creation of jobs in the construction industry, and full-time permanent jobs to our union brothers and sisters in the entertainment and production sectors as well," **said Charles Wowkanech, President of the New Jersey State AFL-CIO.** "The film industry is a welcome addition to New Jersey's diverse economic portfolio and we thank the Murphy Administration and Netflix for delivering this to our state."

"This State-of-the-Art East Coast production facility by Netflix will deliver a healthy shot of adrenaline to New Jersey's economy and

bring thousands of union construction jobs to the hard-working men and women of the Building Trades. Working hand in glove with our partners at Netflix and the State of New Jersey, we make a lasting impact on the world of film and television entertainment," **said William T. Mullen, President of the New Jersey Building and Construction Trades Council.**

"Today is a great day for the state of New Jersey and its residents, with the construction of the Netflix project at the former Fort Monmouth facility," **said Thomas De Bartolo, President of Monmouth & Ocean Counties Building and Construction Trades Council.** "This project will create good paying union jobs and help the surrounding communities with an influx of economic development."

"The International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada (IATSE) commends Governor Murphy and his support for a major economic development project in the construction of state-of the art-Netflix motion picture, broadcast and television studios at the 300 acre Fort Monmouth campus," **said Greg Hancox, Secretary-Treasurer of IATSE District Ten.** "By making Fort Monmouth Netflix's East Coast Hub, thousands of construction jobs with high-paying wages and benefits for New Jersey families will be created and many additional permanent union jobs in the entertainment industry will become available in New Jersey."

"It's great to see that so much progress has been made toward the redevelopment of Fort Monmouth. I'm glad Netflix is continuing to pursue this project and commit to a major investment in people and

production facilities right here in Monmouth County," **said Senator Declan O'Scanlon.** "This is truly exciting, since the redevelopment of Fort Monmouth will ensure that it fulfills its massive potential — which has been a goal of so many of us for so long."

"New Jersey has a long history of leading the way in innovation and was the birthplace of the movie camera and the motion picture industry, and Netflix's decision to develop a state-of-the-art East Coast production facility at Fort Monmouth is an important milestone in that continued legacy," **said Assemblyman Raj Mukherji.** "Our film and digital media tax credit expansion legislation is helping pave the way for the development of hundreds of thousands of square feet of studio space and the creation of thousands of permanent and ancillary jobs. Bringing this multibillion dollar industry to New Jersey will have seismic economic benefits for decades to come."

"The Monmouth County Board of County Commissioners is thrilled to see future steps being taken by Netflix to transform and revitalize the Fort Monmouth campus into a hub of innovation, art and economic success," **said Monmouth County Commissioner Director Thomas A. Arnone**. "We would like to thank Netflix and the FMERA for their hard work and we look forward to partnering with Netflix and our municipalities to support this endeavor which will bring thousands of jobs to the region. This project further highlights that Monmouth County is a tremendous place to live, work and raise a family."

"This is an exciting, important and huge step on a long and winding redevelopment journey for FMERA, NetFlix, Monmouth County, the State of New Jersey, Oceanport and Eatontown," **said Oceanport**

**Mayor John Coffey.** "The Borough of Oceanport, in particular, is thrilled to be part of the process and we are confident that this redevelopment will mutually benefit all of the stakeholders."

"While nothing can truly fill the void left behind by the loss of the Army at Fort Monmouth, I am happy that we are seeing major progress in its redevelopment," **said Eatontown Mayor Anthony Talerico, Jr.** "Netflix will bring significant infrastructure investment and a transformative economic boom."

"Jobs and innovation are at the heart of this Netflix–New Jersey partnership, just as they were throughout Fort Monmouth's rich history," **said Michele Siekerka, President and CEO of New Jersey Business & Industry Association.** "Netflix's capital investments will result in future-proof production industry jobs that will help bolster our state's economy and enhance our identity as a national go-to for both small and large productions. Netflix's presence will also bring positive results for neighboring small businesses. We look forward to the first 'Action!' to take place at Fort Monmouth."